# EXHIBIT G





**CINDY J. O'KEEFE**
cjo@okeefelawfirm.com

72 S. La Grange Road, Suite 8
La Grange, Illinois 60525
708-387-9541
Fax: 708-387-9542
www.okeefelawfirm.com

May 15, 2017

Joshua A. Aldort, Esq.
McAndrews, Held, & Malloy, Ltd.
500 West Madison Street 34th Floor
Chicago, Illinois 60661
VIA CERTIFIED MAIL

RE: O'Keefe Lyons & Hynes, LLC and O'Keefe Law Firm, Ltd.

Dear Mr. Aldort:

  We have received and reviewed your letter dated April 24, 2017. At the onset, please be aware that we value and respect the intellectual property rights of others and take your client's claims very seriously. As such, we are undertaking an investigation to fully understand circumstances. It would be greatly appreciated if you could answer the following questions to assist us:

1. What exactly are you claiming as your client's trademark--the firm's name, "O'Keefe, Lyons and Hynes" or just "O'Keefe"? Does your client have a registration for any mark?

2. Can you please provide us with the amount and manner of advertising, volume of sales and number of clients on a yearly basis for the past 5 years so that we can determine if your client's asserted mark has developed a secondary meaning?

1 | Page

3. Which geographic area is your client claiming to have rights in? Where does OL&H advertise and market?

4. We have been aware of OL&H for many years, at least since 2009, when did your client first become aware of us?

5. Does your client have any affiliation with O'Keefe, Lewis and Bruno, PC in Skokie, Il.?

6. Does your client have an affiliation with O'Keefe Law, LLC in Belleville? http://okeefelawllc.com/

7. Does your client have an affiliation with the O'Keefe Law Office in Chicago, Il.? http://okeefelawoffice.com/

The responses to these questions would greatly assist us in responding to your client's claims and we thank you in advance your assistance.

Very truly yours,

*Cindy J. O'Keefe*

Cindy O'Keefe